Certificate Number: 05781-MD-DE-041677393

Bankruptcy Case Number: 26-22435

05781-MD-DE-041677393

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 14, 2026, at 1:35 o'clock PM PST, Gwendolyn Wynn Jones completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Maryland.

Date: November 14, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President